BEFORE THE THIRD DIVISION, OCTOBER 6, 1952

**No. 56887.**—L. Bamberger & Co. *v.* United States, protests 735344–G and 914096–G (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of grenadine the same in all material respects as that the subject of *LaManna, Azema & Farnan, Inc.* v. *United States* (39 C. C. P. A. 44, C. A. D. 461), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 7, 1952

**No. 56888.**—W. C. Johnson *v.* United States, protests 41299–K, 41300–K, and 41306–K (Providence).

Opinion by EKWALL, J. It was stipulated that the issue herein is the same in all material respects as that presented in *Mamary Bros., Inc.* v. *United States* (21 Cust. Ct. 135, C. D. 1142). In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved.

**No. 56889.**—V. W. Davis *v.* United States, protest 123010–K (Duluth).

Opinion by EKWALL, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919). In accordance therewith the claim for free entry was sustained.